LORETTA MATTHEWS, PLAINTIFF-RESPONDENT, v. EDNA NELSON *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 57 *N. J. Super.* 515.

*Messrs. Gaffey & Webb* for the petitioners.

*Mr. Robert A. Lederer* for the respondent.

January 18, 1960.   Denied.

FIRST NATIONAL BANK AND TRUST COMPANY OF PATERSON, PLAINTIFF-RESPONDENT, v. JOHN L. GRIGGS *ET AL.*, DEFENDANTS-RESPONDENTS, AND THE BANK OF NEW YORK, DEFENDANT-PETITIONER.

*Mr. John C. Sullivan* and *Mr. Irving I. Vogelman* for the petitioner.

*Mr. Max Mehler* for the respondents.

January 18, 1960.   Denied.